JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN CARTER, | ) Case No. CV 15-3250-PA (SP) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | ) |
| Defendant. | ) |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: January 22, 2016

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE